# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIM. ACT. NO. 1:24-cr-146-TFM-N |
| ) | |
| STEDMAN WYKEIF GRAYSON ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On February 21, 2025, the Defendant Stedman Wykeif Grayson, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 922(g)(1), Possession of a Firearm by a Prohibited Person (Felon). *See* Docs. 29, 30. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 31. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of the Defendant to Count 1 of the Indictment is accepted, and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **May 22, 2025 at 11:30 a.m.** under separate Order.

**DONE** and **ORDERED** this 10th day of March, 2025.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE